UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RICHARD LAWRENCE CRYDERMAN, JR.,

      Defendant.
_____/

Case No. 1:06:CR:173

HON. GORDON J. QUIST

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed October 2, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Richard Lawrence Cryderman, Jr.'s pleas of guilty to Counts 1 and 2 of the Indictment are accepted. Defendant Richard Lawrence Cryderman, Jr. is adjudicated guilty.

3. Defendant Richard Lawrence Cryderman, Jr. shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: October 26, 2006

        /s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE